IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH LAMAR BECKWITH, #288746, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CASE NO. 2:14-CV-1154-WKW |
| v. ) ) | [WO] |
| STARSHA KIMBLE, ) ) | |
| Defendant. ) | |

## **ORDER**

On February 9, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee in accordance with 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

An appropriate final judgment will be entered separately.

DONE this 27th day of February, 2015.

                                            /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE